STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *roger.wenthe@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>TENG C. ONG, M.D., *et al.*,<br><br>     Defendant. | Case No.: 2:16-cv-2600-JAD-VCF<br><br>ECF 13, 13-1 |

### CONSENT JUDGMENT

The parties to the above action stipulate and consent to the entry of judgment in favor of the United States of America, Plaintiff, and against Defendants, jointly and severally, in the sum of $90,000 (the Judgment Amount). Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until the Judgment Amount is paid in full, but without costs to either party.

Provided, however, that execution shall not issue upon this judgment as long as Defendants pay to the Department of Justice, through the United States Attorney, 501 Las Vegas Blvd. S., Las

Vegas, NV 89101, a minimum monthly payment of at least $2,500, beginning on June 1, 2017, and continuing each and every month thereafter until this judgment is satisfied. This debt shall also be included in the Treasury Offset Program.

The parties consent to the entry of a final judgment in this case by a United States Magistrate Judge. This judgment may be entered upon the application of either party.

Dated: May __, 2017

For the Plaintiff:

STEVEN W. MYHRE
Acting United States Attorney


*/s/ Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney

For the Defendants:

_____
Teng Ong, M.D.
Dated: __5/23/17__

_____
Doug Ong
Dated: __5/23/17__

_____
Cathay Medical Center, Inc.

By: __Dick Ong__
Title: __President__
Dated: __5/23/17__

_____
Maria Nutile
Attorney for the Ong Parties
Dated: __5/23/17__

**IT IS SO ORDERED.** Good cause appearing, the unopposed Motion for Judgment by Consent **[ECF No. 13] is GRANTED**; the Clerk of Court is directed to **ENTER the Consent Judgment and Close this Case**.

_____
U.S. District Judge Jennifer Dorsey
6-1-17

2